IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-CV-02500-RPM-MJW

LINDA M. ALSTON,

    Plaintiffs,

v.

HOME DEPOT USA, INC., d/b/a HOME DEPOT

    Defendant(s).

---

ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice, filed on August 18, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED:  August 19, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge